**ORD**
DELWYN E. WEBBER, ESQ.
Nevada Bar Number 11010
ROB GRAHAM AND ASSOCIATES
10000 W. Charleston Blvd.
Howard Hughes Plaza, Suite 140
Las Vegas, Nevada 89135
Telephone:(702) 255-6161
Facsimile: (702) 255-8383
dwebber@lawyerswest.net

*Attorneys for-Defendants*

## DISTRICT COURT

## CLARK COUNTY STATE OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No.: 2:12-cv-00019-GMN-VCF-C |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| ELIZABETH ANN PESCO, individually And as Executrix of THE ESTATE OF ELAINE ANN LENTINO, FREDRICK PATRICK, CLAIRE PATRICK, THERESA PATRICK, MAUREEN PATRICK, RICHARD PATRICK, JANET WARD, and RICHARD N. LENTINO, SR., as Guardian for RICHARD LENTINO, JR. | |
| Defendants. | |

## AMENDED ORDER

IT IS HEREBY ORDERED that the proceeds from life insurance benefits from the METROPOLITAN LIFE INSURANCE COMPANY, held by this Court, be distributed in equal shares to ELIZABETH ANN PESCO, FREDRICK PATRICK, CLAIRE PATRICK, THERESA PATRICK, MAUREEN PATRICK, RICHARD PATRICK and JANET WARD.

Dated this **17** day of January, 2013.

GLORIA M. NAVARRO
United States District Judge

Page 1 of 1